UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DAVID WILTSE,<br><br>Plaintiff,<br><br>v.<br><br>PATRICK COVELLO, et al.,<br><br>Defendants. | No. 2:21-cv-0901 TLN CKD P<br><br><br><br>ORDER |

Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

On September 21, 2021, the court ordered the United States Marshal to serve the complaint on five defendants. Process directed to defendant A. De Angelo was returned unserved because he could not be identified as a California Department of Corrections and Rehabilitation employee. Plaintiff must provide additional information to serve this defendant. Plaintiff should make sure he has provided the court with the correct spelling of this defendant's name.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send to plaintiff one USM-285 form, an instruction sheet, a summons and a copy of the complaint filed May 19, 2021;

/////

/////

1

2. Within sixty days from the date of this order, plaintiff shall complete and submit the attached Notice of Submission of Documents to the court, with the following documents:

    a. One completed USM-285 form;

    b. Two copies of the endorsed complaint filed May 19, 2021; and

    c. One completed summons.

3. Failure to comply with this order will result in a recommendation that this action be dismissed.

Dated: November 29, 2021

_/s/ Carolyn K. Delaney_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/kly
wilt0901.8e

2

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DAVID WILTSE, | No. 2:21-cv-0901 TLN CKD P |
| Plaintiff, | |
| v. | NOTICE OF SUBMISSION |
| PATRICK COVELLO, et al. | OF DOCUMENTS |
| Defendants. | |

  Plaintiff hereby submits the following documents in compliance with the court's order filed _____ :

  \_\_\_\_  completed summons form

  \_\_\_\_  completed USM-285 form

  \_\_\_\_  copies of the May 19, 2021 complaint.

DATED:

                _____

                Plaintiff