UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DAVID WILTSE, | No. 2:21-cv-0901 TLN CKD P |
| Plaintiff, | |
| v. | ORDER |
| PATRICK COVELLO, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se with an action for violation of civil rights under 42 U.S.C. § 1983.  He asks that his remaining claims against defendant DeAngelo be dismissed.  ECF No. 24.  Good cause appearing, the claims which remain against defendant De Angelo will be deemed dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a).

Plaintiff also seeks leave to file an amended complaint which omits the claims against defendant De Angelo.  ECF No. 24.  Since it is not necessary to amend pleadings simply because claims against one defendant are dismissed, and because plaintiff does not point to other good cause for granting leave to amend, his request for leave to amend will be denied.

/////

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The claims which remain against defendant De Angelo are deemed dismissed without prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure;

2. Plaintiff's request for leave to file an amended complaint is denied; and

3. Plaintiff's amended complaint (ECF No. 25) is stricken.

Dated: January 5, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
wilt0901.lta