1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    MICHAEL DAVID WILTSE,                       No.  2:21-cv-0901 TLN CKD P

12                    Plaintiff,

13          v.                                    ORDER

14    PATRICK COVELLO, et al.,

15                    Defendants.

16

17          Plaintiff has filed a motion asking that the court reconsider the portion of the court's May

18    26, 2022 order granting defendants' motion to opt out of the court's Post-Screening Alternative

19    Dispute Resolution Project.  Generally speaking, a defendant's participation in that project is

20    voluntary and there is not good cause to order defendants in this action to participate.  As such,

21    plaintiff's motion for reconsideration (ECF No. 47) is denied.

22    Dated:  June 22, 2022

23                                                _____
                                                  CAROLYN K. DELANEY
24                                                UNITED STATES MAGISTRATE JUDGE

25

26

27    1
      wilt0901.mfr
28