UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL DAVID WILTSE,

      Plaintiff,

    v.

PATRICK COVELLO, et al.,

      Defendants.

No.  2:21-cv-901 TLN CKD P

ORDER

On December 16, 2022, defendants filed a motion for summary judgment.  Plaintiff has not opposed the motion.  Good cause appearing, IT IS HEREBY ORDERED that within thirty days of the date of this order, plaintiff shall file an opposition or a statement of non-opposition to the motion for summary judgment.  Failure to comply with this order will result in a recommendation that this action be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

Dated:  January 17, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
wilt0901.46osc